AO-10 (sr)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bolton, Susan R. | District of Arizona | 07/19/2000 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Nominee) | X  Nomination, Date ___/___/___<br><br>___ Initial    ___ Annual    ___ Final | 01/01/1999 to 06/30/2000 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 201 W. Jefferson St.<br><br>Phoenix, AZ  85003 | Reviewing Officer _____  Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Director | Soroptimist International of Phoenix, Inc. |
| Director | National Association of Drug Court Professionals |

## II. AGREEMENTS  (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1988 | Arizona Elected Officials Retirement Plan (eligible for the normal retirement pension at age 62; eligible for a reduced monthly pension upon resignation) |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1  1998 | State of Arizona | $54,380 |
| 2  1998 | Maricopa County | $52,826 |
| 3  1999 | State of Arizona | $56,483 |
| 4  1999 | Maricopa County | $54,672 |

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2000 | State of Arizona $28,872 | |
| 6 | 2000 | Maricopa County $28,874 | |
| 7 | 1998 | Organizational Diagnostics, L.L.C. (s) | |
| 8 | 1998 | Oliver McMillan L.L.C. (s) | |
| 9 | 1998 | Episcopal Diocese of Phoenix (s) | |
| 10 | 1998 | Dennis Weiss, M.D. (s) | |
| 11 | 1999 | DDR Oliver McMillan, Inc. (s) | |
| 12 | 1999 | Organizational Diagnostics, L.L.C.(s) | |
| 13 | 2000 | DDR Oliver McMillan, Inc. (s) | |
| 14 | 2000 | Organizational Diagnostics, L.L.C. (s) | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bolton, Susan R. | 07/19/2000 |

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2000 | State of Arizona $28,872 | |
| 6 | 2000 | Maricopa County $28,874 | |
| 7 | 1998 | Organizational Diagnostics, L.L.C. (s) | |
| 8 | 1998 | Oliver McMillan L.L.C. (s) | |
| 9 | 1998 | Episcopal Diocese of Phoenix (s) | |
| 10 | 1998 | Dennis Weiss, M.D. (s) | |
| 11 | 1999 | DDR Oliver McMillan, Inc. (s) | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | Sonoma National Bank, CA | Mortgage on one-third interest in office codominium (Pt. VII line 20) | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 07/19/2000 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 IBM common stock | A | Dividend | L | T | exempt | | | | |
| 2 Merrill Lynch Cash Management Fund | C | Interest | L | T | " | | | | |
| 3 Bank of America, Arizona | A | Interest | J | T | " | | | | |
| 4 Eaton Vance Prime Rate Reserves-money fund | B | Interest | K | T | " | | | | |
| 5 Merrill Lynch Single Premium Life-insurance | | None | L | T | " | | | | |
| 6 Merrill Lynch Asset-1 Annuity | | None | L | T | " | | | | |
| 7 Philadelphia Life Insurance Co.-insurance | | None | K | U | " | | | | |
| 8 Zweig Managed Assets-mutual fund | C | Dividend | K | T | " | | | | |
| 9 Integrity Life Pinnacle-annuity | | None | L | T | " | | | | |
| 10 Cova Annuity | | None | K | T | " | | | | |
| 11 U.S. Savings Bonds | B | Interest | M | T | " | | | | |
| 12 MLF Retirement Plus-annuity | | None | L | T | " | | | | |
| 13 FFL Endeavor-annuity | | None | K | T | " | | | | |
| 14 Allianz Franklin-annuity | | None | K | T | " | | | | |
| 15 Municipal Mtg. & Equity-mutual fund | A | Dividend | | | " | | | | |
| 16 ML Arizona Municipal Bond Fund * | A | Interest | | | " | | | | |
| 17 Nelson II Freeway Limited Partnership | | None | J | R | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Bolton, Susan R. | 07/19/2000 |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Sasser Interest Limited Partnership | | None | L | R | exempt | | | | |
| 19 Airport Self-Storage Limited Partnership | B | Distribution | K | R | " | | | | |
| 20 Office condo (1/3 interest), Phoenix, AZ (1994, $60,000) | | None | L | R | " | | | | |
| 21 Merrill Lynch Basic Retirement Plan-Profit Sharing | E | Dividend & I | M | T | | | | | |
| 22 --Retirement Reserves Money Market Fund | | | | | " | | | | |
| 23 --Conseco Bank, Utah-CD | | | | | " | | | | |
| 24 --Principal Treasury Zero Coupon Bond | | | | | " | | | | |
| 25 --U.S. Treasury Note | | | | | " | | | | |
| 26 --Resolution Funding Corp. Zero Coupon Bond | | | | | " | | | | |
| 27 --ML Eurofund-mutual fund | | | | | " | | | | |
| 28 --ML International Equity-mutual fund | | | | | " | | | | |
| 29 --Putnam New Opportunities-mutual fund | | | | | " | | | | |
| 30 --Eaton Vance Prime Rate-mutual fund | | | | | " | | | | |
| 31 --Merrill Lynch Bank-CD | | | | | " | | | | |
| 32 --Libery Bank, Ohio CD | | | | | " | | | | |
| 33 --Ford Motor Credit-corporate bond | | | | | " | | | | |
| 34 --Wal-Mart corporate bond | | | | | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 07/19/2000 |

## VII. Page 3 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Merrill Lynch Basic Retirement Plan-Money Purchase | D | Dividend & I | M | T | exempt | | | | |
| 36 --ML Government Money Market Fund | | | | | " | | | | |
| 37 --Retirement Reserves Money Market Fund | | | | | " | | | | |
| 38 --Excel Legacy common stock | | | | | " | | | | |
| 39 --Motorola common stock | | | | | " | | | | |
| 40 --Vodafone Airtouch common stock | | | | | " | | | | |
| 41 --ML Dragon Fund-mutual fund | | | | | " | | | | |
| 42 --First USA Bank, Delaware CD | | | | | " | | | | |
| 43 --ML Global Allocation Mutual Fund | | | | | " | | | | |
| 44 --Resolution Funding Corp-zero coupon bond | | | | | " | | | | |
| 45 --US Treasury zero coupon bond | | | | | " | | | | |
| 46 --Merrill Lynch Bank CD | | | | | " | | | | |
| 47 --Liberty Bank, Ohio CD | | | | | " | | | | |
| 48 Merrill Lynch IRA | C | Dividend & I | L | T | " | | | | |
| 49 --Retirement Reserves Money Market Fund | | | | | " | | | | |
| 50 --American National Bank & Trust CD* | | | | | " | | | | |
| 51 --US Treasury zero coupon bond | | | | | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 --Merrill Lynch Bank CD | | | | | exempt | | | | |
| 53 --Liberty Bank, Ohio CD | | | | | " | | | | |
| 54 --ML Growth Fund mutual fund | | | | | " | | | | |
| 55 Merrill Lynch IRA | A | Dividend & I | J | T | " | | | | |
| 56 --Retirement Reserves Money Market Fund | | | | | " | | | | |
| 57 --ML Growth Mutual Fund | | | | | " | | | | |
| 58 --US Treasury zero coupon bond | | | | | " | | | | |
| 59 --Merrill Lynch Bank CD | | | | | " | | | | |
| 60 Salomon Smith Barney IRA | B | Dividend & I | M | T | " | | | | |
| 61 --Money Market Fund | | | | | " | | | | |
| 62 --Pepsico common stock | | | | | " | | | | |
| 63 --Tricon Global common stock | | | | | " | | | | |
| 64 --Wal-Mart common stock | | | | | " | | | | |
| 65 --Oppenheimer Income Trust mutual fund | | | | | " | | | | |
| 66 --Pilgrim Prime Rate Trust mutual fund | | | | | " | | | | |
| 67 --Dreyfus Worldwide Growth mutual fund | | | | | " | | | | |
| 68 --US Treasury zero coupon bond | | | | | " | | | | |

| 1 Inc/Gain Codes: (Col. B1. D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting: Bolton, Susan R. | Date of Report: 07/19/2000 |

## VII. Page 5 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Salomon Smith Barney IRA | B | Dividend & I | M | T | exempt | | | | |
| 70 --Money Market Fund | | | | | " | | | | |
| 71 --Pepsico common stock | | | | | " | | | | |
| 72 --Tricon Global common stock | | | | | " | | | | |
| 73 --Petsmart common stock | | | | | " | | | | |
| 74 --Wal-Mart common stock | | | | | " | | | | |
| 75 --Oppenheimer Income Trust mutual fund | | | | | " | | | | |
| 76 --Pilgrim Prime Rate Trust mutual fund | | | | | " | | | | |
| 77 --US Treasury zero coupon bond | | | | | " | | | | |
| 78 --Dreyfus Worldwide Growth mutual fund | | | | | " | | | | |
| 79 Fidelity Equity Income Fund | B | Dividend | J | T | " | | | | |
| 80 Fidelity Magellan mutual fund | C | Dividend | K | T | " | | | | |
| 81 Fidelity Value mutual fund | B | Dividend | J | T | " | | | | |
| 82 Fidelity Asset Manager mutual fund | A | Dividend | J | T | " | | | | |
| 83 Fidelity Puritan mutual fund | A | Dividend | J | T | " | | | | |
| 84 Janus Balanced mutual fund | A | Dividend | J | T | " | | | | |
| 85 Janus Fexible Income mutual fund | A | Dividend | | | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 Vanguard Growth Index Fund | A | Dividend | J | T | exempt | | | | |
| 87 Vanguard 500 Index Fund | A | Dividend | J | T | " | | | | |
| 88 Vanguard Prime Cap Fund | A | Dividend | J | T | " | | | | |
| 89 Vanguard Life Strategy Growth Fund | A | Dividend | J | T | " | | | | |
| 90 Vanguard Money Purchas Pension Plan | A | Dividend & I | K | T | " | | | | |
| 91 --Prime Money Market Fund | | | | | " | | | | |
| 92 --Total Stock Market Index Fund | | | | | " | | | | |
| 93 --Growth Index Fund | | | | | " | | | | |
| 94 Vanguard IRA | A | Dividend | J | T | " | | | | |
| 95 --Growth Index Fund | | | | | " | | | | |
| 96 Vanguard IRA | A | Dividend | J | T | " | | | | |
| 97 --Total Stock Market Fund | | | | | " | | | | |
| 98 Central AZ Water Conservation Dist. Muni Bond | A | Interest | J | T | " | | | | |
| 99 Maricopa Cty. Hospital Dist. #1 Muni Bond | | None | K | T | " | | | | |
| 100 Central AZ Water Conservation Dist. Muni Bond | | None | J | T | " | | | | |
| 101 Maricopa Cty Hospital Dist #1 Muni Bond | A | Interest | | | " | | | | |
| 102 AZ State Municipal Finance Muni Bond | A | Interest | | | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 Maricopa Cty. Kyrene Elementary Dist. Muni Bond | A | Interest | | | exempt | | | | |
| 104 AZ Dept. of Transportation Muni Bond | | None | K | T | " | | | | |
| 105 Maricopa Cty. Tempe School Dist. Muni Bond | A | Interest | | | " | | | | |
| 106 Peoria School Dist. Muni Bond | | None | K | T | " | | | | |
| 107 Maricopa Cty. Gilbert School Dist. Muni Bonds(3) | | None | K | T | " | | | | |
| 108 Maricopa Cty. School Dist. #038 Muni Bond | | None | J | T | " | | | | |
| 109 Maricopa Cty. School Dist. #014 Muni Bond | | None | J | T | " | | | | |
| 110 Maricopa Cty. Hospital Dist. #1 Muni Bond | A | Interest | J | T | " | | | | |
| 111 Salt River Project Muni Bond | A | Interest | J | T | " | | | | |
| 112 Phoenix CVC Improvement Corp. Muni Bond | A | Interest | | | " | | | | |
| 113 Maricopa Cty. Cave Creek School Imp. Muni Bond | A | Interest | J | T | " | | | | |
| 114 Maricopa Cty. Cave Creek School Dist. Muni Bond | A | Interest | | | " | | | | |
| 115 Maricopa Cty. Glendale School Dist. Muni Bond | | None | J | T | " | | | | |
| 116 Maricopa Cty. Creighton School Dist. Muni Bond | | None | J | T | " | | | | |
| 117 Merrillville IN muni bond zero coupon | | None | K | T | " | | | | |
| 118 Intermountain Power Agency Muni Bond zero coupon | | None | K | T | " | | | | |
| 119 Illinois DFA zero coupon muni bond | | None | K | T | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1. D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 07/19/2000 |

## VII. Page 8 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 Ten acres, Oroville, CA (1972, $5,000) | | None | J | R | exempt | | | | |
| 121 Arizona Elected Officials Retirement Plan | | None | M | T | " | | | | |
| 122 Arizona State Retirement System | | None | | T | " | | | | |
| 123 | | | | | | | | | |
| 124 | | | | | | | | | |
| 125 | | | | | | | | | |
| 126 | | | | | | | | | |
| 127 | | | | | | | | | |
| 128 | | | | | | | | | |
| 129 | | | | | | | | | |
| 130 | | | | | | | | | |
| 131 | | | | | | | | | |
| 132 | | | | | | | | | |
| 133 | | | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bolton, Susan R. | 07/19/2000 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*'Indicate part of report.)*

None

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bolton, Susan R. | 07/19/2000 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*'Indicate part of report.)*

None

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | Bolton, Susan R. | | 07/19/2000 |

## X. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature ___Susan R. Bolton___    Date _7/21/2000_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 9 | 500 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | 439 | 440 | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 1 | 256 | 400 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | | 235 | 568 |
| Real estate owned—add schedule | | 544 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | | 50 | 000 | | | | |
| Cash value—life insurance | | 82 | 000 | | | | |
| Other assets—itemize: | | | | | | | |
| municipal bonds | | 280 | 929 | | | | |
| real estate ltd. part. | | 115 | 000 | | | | |
| | | | | Total liabilities | | 235 | 568 |
| | | | | Net Worth | 2 | 541 | 701 |
| Total Assets | 2 | 777 | 269 | Total liabilities and net worth | 2 | 777 | 269 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | no | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | no | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | no | | |
| Provision for Federal Income Tax | | 8 | 000 | | | | |
| Other special debt | | | | | | | |